United states District AND BANKRUPTCY COURTS for the District of Columbia

Jo Ann Johnson
2100 Rochelle Avenue #9
District Heights, M.D 20747

FILED
AUG 29 2011
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

VS.

Rosemount Center
2000 Rosemont Avenue, N.W
Washington 20010

Case: 1:11-cv-01554
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/29/2011
Description: Pro Se Gen. Civil

Complaint

For the despaired treatment and false accurate against me that led to my resignation. I requested demand of 40,000.

Jo Ann Johnson

Jo Ann Johnson

2100 Rochelle
Avenue #9
Dist, Heights.M.D
20747

The following is my statement in the case of Rosemount Daycare Center using false allegations to continue their flight in creating a stereotype for their organization. The stereotype if one would look into their hiring, advancement and terminating would see the variance of young, white employees compared to African-American employees. Rosemount Daycare falsely accused and ultimately pressured me into resigning after over 30 years of service.

First, Rosemount Daycare bought up allegations that I had neglected and physically abused children at work. These allegations were not substantiated or investigated to the full extent. These allegations were not discussed with me prior to my suspension. In addition, no evidence of neglect or physical abuse was found and they had me return to work. However, they had me return, but took my classroom and assigned me to relieve classroom for staff on breaks. Management basically demoted me without any reason. My parents of past and present asked to meet with them in my defense, but they refused to meet with the parents. The parents did this due to the problems their children begin having including those that had special needs that they were pleased and secure when their child was with me. I, JoAnn Johnson, whom preschool class was just given high ratings.

Management sided with a group of students from local colleges under the Jumpstart Program. This group has worked with the center before, however, this particular group of young, white females appeared to have other attentions. These young ladies had something against me, but despite I had been with Rosemount over 30years they took their word when falsely accused me of physically harming my students. Their accusation probably stemmed from parents stating they were not comfortable with the volunteers sitting their children on their lap. When I observed them continuing to do this despite being told this touching was found inappropriate is then that the tables were turned and they claimed I neglected and abused the children. One of the children they stated I neglected was in my class the previous year and the parents were outraged that I was removed. Management would not meet with the parents to voice the caretaking I provided that many found to be exceptional.

Rosemount Daycare ended my career and forced me to resign through humiliation and embarrassment. I want them to pay for my pain and suffering. I am requesting compensation for the mental distress, relinquishing my savings to pay bills until I could find another teaching job and just the embarrassment of finding a job with those types of allegations that were never proven, but I was demoted. After abruptly being suspended without concrete evidence I had to resign from Rosemount. I resigned because upon my return they insulted my 30years of dedicated service to Rosemount Daycare. I had grown from an assistant to a teacher with a degree while at Rosemount. I have been a major contributor to the early education of many children including my own that were students of Rosemount. Never in my career have I been accused of such damaging accusations until the recent management team. It is obvious

**discrimination if you observe the employees like me who have repeatedly been passed over for promotions. In addition, there was a letter addressed about the volume (too loud, our voices carry) and tone of voice given only to African-American workers. The belief of the accusations made by Jumpstart volunteers (which were gone by the time they had me return to work and were not available for questioning about their accusations) a group of young, white college students with no experience in Early Childhood Education or how to deal with a child with special needs, such as Down Syndrome. Belief of these volunteers who obviously disliked my strength and letting them know what was not acceptable in the classroom. Furthermore, they replaced me with a young white woman who was removed because of the special care and experience needed to deal with a child of special needs. Then the child was removed. Rosemount Daycare has demonstrated their despaired treatment through the past and present hiring, termination and promotions history. Anyone of color in upper management was probably there prior to the leadership of the current management team.**

**In conclusion, I have been at Rosemount Daycare over 30years. My son, grandchildren, nieces and nephews have attended Rosemount. I would never do anything to hurt my own or anyone else's child. This was my career and parents came forth to support me. I was unjustly demoted and treated and forced to discontinue my dedicated service to the only job I knew and thought I would retire. As you can see, Rosemount Daycare Center should be ordered to compensate me, JoAnn Johnson, for the despaired treatment and false accusations against me that led to my resignation.**

JoAnn Johnson
8/29/2011




2000 Rosemount Avenue, NW
Washington, DC 20010
Tel: 202 265-9885
Fax: 202-265-2636
www.rosemountcenter.com

Memorandum of Record

| | |
|---|---|
| To: | JoAnn Johnson |
| From: | Dr. Marsha Riggio, Head Start Program Director |
| Date: | October 7, 2009 – Amended from August 14, 2009 |
| Re: | Discipline Letter |
| CC: | Human Resources |

As discussed with you on July 10 and July 20, 2009, allegations have been made that you engaged in misconduct. Specifically, since about the first week of June 2009 until before your suspension on July 10, it is alleged that you were observed yelling at a child for pulling your hair, yelling/screaming at another staff member in front of the children, yelling at the Deputy Program Director, scolding a child for wiping the contents of her diaper around the classroom, trying to leave a child with an administrator/other classroom while the rest of the classroom went for a walk, falling asleep during a children's computer activity, and repeatedly grabbing/yelling a children. In addition, in or about March 2009, you were spoken to about your treatment of children in the classroom. As a Teacher, you are obligated to maintain a safe and nurturing environment for these children and such conduct is totally unacceptable.

The Center views these allegations as serious offenses and a violation of the Agreement between Rosemount Center and Rosemount Center Workers' Association ("Agreement"), Section 8.3. As a result, the following disciplinary action will be taken:

The Center views these allegations as serious. As a result, the following disciplinary action will be taken:

1. You will be suspended with pay from July 10 to August 21, 2009.
2. You will be reinstated on August 24, 2009 with a work reassignment. Details of your work reassignment will be provided to you upon your return to work.
4. You will be on performance probation for six months and required to attend weekly training/mentoring sessions.

Your observed conduct was totally unacceptable. The neglect of children and any physical discipline of a child are not tolerated at Rosemount Center. It should be clearly understood that violations of this type may result in the immediate termination of your employment.

11 1554

Please do not hesitate to contact me with any questions.

FILED
AUG 2 9 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia




October 23, 2009

JoAnn Johnson
2100 Rochelle Ave. #9
District Heights, MD 20747

Dear JoAnn:

As we discussed, I received the proposal from Rosemount to settle our grievance of the discipline you were issued. I have enclosed a copy of the settlement document for your review. Rosemount agreed to change the memo you were issued on August 14, 2009 to state that allegations were made against you, not that you were observed abusing children, and to remove any reference to discipline. Additionally, Rosemount agreed to rescind the unpaid suspension and rescind the disciplinary probation.

Because you are no longer employed at Rosemount, the letter will be in your Rosemount HR file, stored in the secure basement files with other former employees. Access to your file would only be granted with your consent. After three years from your resignation, the file would be destroyed. Nothing involving this issue has been reported to the Child Protective Service or any other agency.

Please contact me at 301-740-7100 to let me know if this document is acceptable to resolve the grievance.

Sincerely,

Cara James
Contract Administration Representative
SEIU Local 500

Encl.: Revised Memo

MERLE A. CUTTITTA
President

BETTY MONTGOMERY
Executive Vice President

RUTH MUSICANTE
Treasurer

JOSEPH HALLOWELL
Secretary

LINDA B. GRAY
Trustee

PIERANGELI MORRISON
Trustee

DAVID N RODICH
Executive Director

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

901 Russell Avenue
Suite 300
Gaithersburg, MD 20879
301.740 7100
Fax: 301 740.7139
Toll-Free: 888.871.8659



**Jo Ann Johnson 10:00 6:00**

| | |
|---|---|
| 10:00 - 11:00 | **I/T Playground** (cover staff 15min breaks) |
| 11:00 - 11:15 | 15min BREAK |
| 11:15 - 12:00 | **Kittens** (cover staff 15min breaks) |
| 12:00 - 1:00 | **Bumble Bees** (assist with meal and nap time) |
| 1:00 - 2:30 | **Chickadees** (cover staff lunch break and English class) |
| 2:30 - 3:00 | LUNCH BREAK |
| 3:00 - 3:30 | **Bumble Bees** (cover staff 15min breaks) |
| 3:30 - 4:30 | **Professional Enrichment** |
| 4:30 - 5:00 | **Chickadees** |
| 5:00 - 6:00 | **I/T Playground** (cover staff 15min breaks) (JJ 15min break) |

[signature]




**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

131 M Street, N E , Suite 4NW02F
Washington, D C 20507
Intake Information Group (800) 669-4000
Intake Information Group TTY· (800) 669-6820
Washington Status Line. (866) 408-8075
Washington Direct Dial. (202) 419-0713
TTY (202) 419-0702
FAX (202) 419-0740

JUN 06 2011

Joann Johnson
2100 Rochelle Ave., #9
District Heights, MD 20747

RE: *Joann Johnson v. Rosemont Center*
EEOC Charge Number: 570-2009-02110 and 10C-2010-00008

Dear Ms. Johnson:

On May 25, 2011, I called the phone number that you provided ((202) 534-6862) and left you a voice message to call me to discuss your charge. As of today, unfortunately, you have not called me.

Rosemont Center responded to your allegations and asserted that you had a history of inappropriate voice tone and poor communication skills. It asserted that in early July 2009 and again in March 2009, volunteers observed you behave inappropriately that was harmful and neglectful toward children, which violated its standards of behavior. It also asserted that it suspended you for ten (10) days without pay based on documented and corroborated reports of your mistreatment of students, and when you returned you were assigned a new classroom, but kept the same pay and title. Subsequently, it asserted, you resigned. Finally, it asserted that no else behaved the same as you and that you never complained of disparities between whites and blacks. It provided a signed statement from Loudell Robb.

At this point, the evidence, including both yours and your former employer's descriptions of what happened, suggests that it is unlikely that further investigation would lead to finding a violation of the law. Based on the descriptions, it does not appear that your race and alleged complaints were factors in your suspension, demotion, change in hours, or reduction in duties. Additionally, the descriptions of what happened do not suggest that we would likely establish the required connection between your alleged protected activity and your suspension.

Based on the above information, I am prepared to recommend to my supervisor that we dismiss your case and issue you a notice of right to sue. However, if you have additional information that could help us substantiate your allegations, please submit it **on or before June 20, 2011**. If I do not receive your input by the due date, I will recommend that we dismiss your case and issue the notice of right to sue. You will have 90 days from receiving the notice of right to sue to file a private lawsuit in court, if you choose to do so.

Thank you in advance for your prompt attention to this matter. If you have any questions, I may be contacted at (202) 419-0733 or at Bryan.Douglas@eeoc.gov.

Sincerely

Bryan M. Douglas
Federal Investigator